ORIGINAL

DoA: 7/21/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

**Ismar Kabaklic;**
**Adnan Alisic;**
**Bakir Mujkic;**

**CRIMINAL COMPLAINT**

CASE NUMBER: 06 - 322 M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On July 21, 2006, in the District of Arizona, defendants Ismar Kabaklic, Adnan Alisic and Bakir Mujkic did knowingly and intentionally affect the movement of an article in commerce by robbery of an armored car and funds in the control of Christopher Michael Williams and Joshua Lane Oulette of the Bantek Armored Car Company, in violation of Title 18 U.S.C. § 1951and 2 . I further state that I am a Special Agent, Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached Statement of Probable Cause**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: AUSA Sharon Sexton

Robert W. Caldwell, Special Agent, FBI
Name of Complainant

*[signature]*
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 23, 2006
Date

at Phoenix, Arizona
City and State

Lawrence O. Anderson, U.S. Magistrate Judge
Name & Title of Judicial Officer

*[signature]*
Signature of Judicial Officer

SCANNED

<u>STATEMENT OF PROBABLE CAUSE</u>

Your affiant, Robert W. Caldwell, being duly sworn, deposes and says to wit:

1) I am a Special Agent with the Federal Bureau of Investigation, and am familiar with the facts concerning the robbery of a Bantek armored car on 07/21/2006 at the Casino Arizona at Indian Bend, also known as "Talking Stick Casino", 9700 East Indian Bend Road, Salt River Indian Community, Arizona.

2) At approximately 0900 on 07/21/2006, I responded to a complaint that a Bantek armored car had been robbed at the Casino Arizona at Indian bend, also known as "Talking Stick Casino," at 9700 East Indian Bend Road, Salt River Indian Community, Arizona that morning. At the Casino, I was advised by Officer J. Frost, Salt River Police Department, that a Bantek armored car was robbed while making a deposit at the casino by two men wearing blue or green jumpsuits and masks. A Green Ford full-size van pulled up behind the Bantek armored car as one of the armored car guards was unloading money from the armored car to a cart, which was to be taken into the casino to fill the ATM machines. As the money was being unloaded, an individual wearing a dark green or blue jump suit with a mask covering the facial area, exited the green Ford van and ran towards the guard unloading the money. The individual was carrying a spray container and sprayed the guard, unloading the money, with a dehabilitating chemical agent. The guard began to have

difficulty breathing, his eyes began to burn and his vision was blurred. The guard ran from the armored car to take cover. The armored car driver then drove off, picked up the guard that ran away and drove around to the North end of the casino. The green van pulled up to where the armored car had been parked, the individual that sprayed the guard returned to the green van to load the bags of money that had been off loaded by the guard. The green Ford van then drove off and exited the casino parking lot. The green Ford van briefly stopped at the intersection of Dobson and Indian Bend Road over top a manhole storm drain cover. A smoke grenade was seen to be deployed from beneath the van. The van then sped off and a shattered plastic rifle resembling an assault rifle was found by the manhole after the van sped off. A description of the van was broadcast to police departments surrounding the casino. Subsequent investigation revealed the manhole cover had been replaced with a light weight replica. Upon removing the manhole cover, a rope and ladder were found to be staged inside the manhole.

   3) Investigation by SA Michael Conrad revealed the following: The Scottsdale Police Dispatcher announced that an armored car robbery had taken place at Casino Arizona circa 08:18, and provided a description of two males driving a green cargo van. A dark green van matching that description was sighted by Scottsdale Police Officers, and a high-speed pursuit of the vehicle resulted in the car being abandoned in a parking lot in the vicinity of 7555 East Osborn Road in Scottsdale. Two

males were seen running from the van by witnesses Patrick White and Scott Stevenson, who saw the driver stop to pull clothing off his body by the car door before running away. The witnesses also saw the passenger run from the van carrying a large bag, which he dropped. Scottsdale Police Officers Crause and Paliwoda were told where the men had run and chased them, then ordered the passenger to stop and took him into custody. They saw dark green paint on his shin. The passenger identified himself to Scottsdale Police Officers as Ismar Kabaklic, born in 1981 in Croatia. SA Conrad looked at the van, which is a dark green Ford E-150 Chateau bearing Arizona license plate 415-TPL (which is not the license plate issued with the vehicle), and a decal for Colorado River Ford dealership in Kingman / Needles. The driver's side door and passenger's sliding side door were both open. SA Conrad observed a dark blue jumpsuit and a cell-phone headset on the ground next to the driver's side, and a gas-mask on the ground on the passenger's side. Inside the van was a hole cut in the floorboards and what appeared to be a crane over the floorboard, as well as dark clothing that appeared to be a similar jumpsuit to what was abandoned by the driver's side door, and what appeared to be a gas grenade. The back windows were covered with dark green paint. The VIN number visible was 1FMRE11L6YHA26781.

    4) SA Conrad advised me that at the scene where the van was abandoned, Scottsdale Police Officer Travis Hash observed money inside sealed and strapped cellophane bags. Officer Hash

made a preliminary count of approximately 1.5 million dollars, based on the tagged dollar amounts on the bagged money. *Actual account revealed only $740,000.00 was taken in the robbery. PwC*

5) SA Daniel Arriaga interviewed Kabaklic at the FBI office. Kabaklic advised Arriaga the following information: Kabaklic was approached by Adnan Alisic, another Croatian male, three days ago. Alisic asked Kabaklic to assist in the armored car robbery at the casino. Kabaklic met Alisic and Bakir Mujkic at the Scottsdale Plaza Resort on 7/21/2006 at 0100 hours to discuss the plan for the robbery. Mujkic rented the hotel room. Alisic and Mujkic staged an all terrain vehicle (ATV) in the storm drain near the casino as a get-a-way vehicle after meeting at the hotel. Later that morning, Kabaklic and Alisic went to the casino in a green van. Inside the van, Kabaklic observed several fake AK-47 assault rifles and some blow up dolls. Kabaklic advised he was aware that he was to rob an armored car. Based on his drivers license information, Alisic was born in 1979. Kabaklic said a Mujkic acted as a spotter on the robbery of the armored car, as he sat in his Lexus in the parking lot and called Kabaklic and Alisic on his cell phone to tell them when the armored car drivers opened the armored car to deposit money. Kabaklic said the plan was to stop over the manhole cover outside the casino, ignite a smoke grenade to cover their actions, and Alisic would then raise the manhole cover through the hole cut in the truck. Kabaklic said they had concealed a ladder and ropes inside the sewer opening. An all-terrain vehicle (ATV) was in a drainage pipe inside the sewer, and Alisic was to climb to the

4

bottom of the sewer with the money and drive northbound on the ATV underground until he exited the sewer, where Bakir was to be waiting in his Lexus. Alisic drove the van and Kabaklic sat in the front passenger seat. When the armored car arrived at the casino, Kabaklic got in the back seat of the van and put a gas mask on. Alisic drove the van up to the rear of the armored car, exited the van on the passenger side, the van then moved forward, bumping the armored car. Alisic ran towards the guard unloading money from the armored car and spraying the guard with pepper spray. Alisic then threw the money bags into their van, jumped into the driver's seat and drove off. Alisic drove the van to the designated manhole cover and stopped over it. Alisic attempted to pry to manhole cover open using one of the false AK-47 assault rifle, but the barrel broke. Alisic panicked, jumped back into the driver's seat and drove off again. A short while later, Alisic noticed a police car behind them. The police car turned on it's emergency lights and Alisic attempted to speed away. Alisic then pulled the van over and ran off. Kabaklic attempted to grab the bags of money, but they were too heavy. Kabaklic then surrendered to the police. Alisic got away.

6.) Investigation regarding Alisic revealed a possible home address in the Phoenix metropolitan area. FBI Agents established surveillance on the residence and observed Alisic was dropped off by a an individual resembling Mujkic driving a silver/gray Lexus. Alisic was seen to enter the residence. A short while later, FBI agents observed Alisic exit the residence

and get into a silver/gray Jaguar. As Alisic was attempting to drive from the residence, FBI agents conducted a car stop and detained Alisic for questioning. Alisic was transported to the Phoenix Division of the FBI and interviewed.

7.) On 7/21/2006, SA Arriaga interviewed Alisic and Alisic provided the following information: Alisic advised Kabaklic, Mujkic and himself planned the casino robbery. Alisic admitted to being a big gambler and lost a lot of money to the casino. Alisic wanted to get his money back. Alisic advised he had been planning the casino robbery for two weeks. Alisic advised he pepper-sprayed the guard off loading the money while Kabaklic used the pellet gun to intimidate the guards and onlookers. Alisic got out of the van and grabbed the money, and they left in the van. They drove the van to the designated manhole at the intersection of Indian Bend and Dobson Road. They were unable to open the manhole cover, and were forced to flee. After the police stopped them, Alisic hid in the restroom of an elder care facility, and called Mujkic to picked him up. Alisic said Mujkic bought some items used in the robbery, such as the pepper spray, the rope, and rented the hotel room where they met before the robbery. Alisic admitted to being inside the storm drain tunnels near the casino several times. Alisic advised he knew the armored car was carrying 20 and 100 dollar bills and that they were there to restock the ATM machines inside the casino. Following the robbery, Alisic advised he was going to go back to Bosnia to hide out.

8.) Investigation revealed Bakir Mujkic has a relative residing in the Phoenix metropolitan area. FBI agents set up surveillance at the apartment residence and observed a silver/gray Lexus parked by the apartment. This was the same type of vehicle seen dropping off Alisic and was driven by an individual resembling Mujkic. Surveillance at the residence observed Mujkic standing on the patio of the apartment. FBI agents approached Mujkic on the patio and detained him for questioning. Mujkic was transported to the Phoenix Division of the FBI for questioning.

9.) On 7/21/2006, Mujkic was interviewed by SA Arriaga and Mujkic provided the following information: Alisic approached Mujkic approximately twenty days prior to the robbery and asked him if he would participate in the robbery. Mujkic advised he would assist in the robbery. Alisic requested Mujkic to rent a hotel room at the Scottsdale Plaza Resort, in Scottsdale, Arizona the night prior the robbery. Mujkic did rent the hotel room in his name. Mujkic helped set up the get-a-way vehicles. Mujkic advised he purchased masks, rope and red paint, to be used as fake blood, for the robbery at the direction of Alisic. Mujkic advised his part in the robbery was to wait in a white van with a cutout hole in the bottom of it, over another designated manhole, at the end of the storm drain, and wait for Kabaklic and Alisic to surface from the manhole following the robbery. Mujkic advised Kabaklic and Alisic never surfaced from the manhole and he went home. Mujkic then stated he never actually went to the

designated manhole to pick Kabaklic and Alisic up. Mujkic advised he decided not to participate because the robbery scheme was too big and he thought it was going to be on a much smaller scale. Mujkic advised he was contacted at approximately 1:00pm following the robbery by Alisic. Alisic requested Mujkic to pick him up on 2nd street in Scottsdale, Arizona. Mujkic could not recall the cross street. Mujkic took Alisic back to Alisic's residence.

10) On 7/21/2006 I interviewed the two Bantek armored car guards. The driver was Christopher Michael Williams and the other armed guard that off loaded the money was Joshua Lane Ouellette. From training and experience, I know that armored car deliveries affect interstate commerce inasmuch as the funds they transport to and from financial institutions are transported in interstate commerce. SA Kyle Richard told me that Bantek is a corporation based out of Illinois based on the Bantek website.

11) Based on the above listed facts, your affiant believes there is probable cause that Ismar Kabaklic, Adnan Alisic and Bakir Mujkic committed the robbery of the Bantek armored car in violation of Title 18, United States Code, Section 1951 and 2, Interference with Commerce by Threats or Violence.

*[signature]*
Robert W. Caldwell
Special Agent FBI

  I find probable cause to believe that the above-named defendents committed the crime as set forth in the criminal complaint.

  Subscribed and sworn to and before me this 23rd day of July, 2006

*[signature]*
Lawrence O. Anderson
U.S. Magistrate Judge