UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　v.<br><br>1.　Ismar Kabaklic,<br>2.　Adnan Alisic, and<br>3.　Bakir Mujkic<br><br>　　　　　Defendants. | CR06-0717 PHX-DGC (VAM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1951 and 2<br><br>(Interference with Commerce by Threats, Violence and Robbery and Aid and Abet) |

THE GRAND JURY CHARGES:

On or about July 21, 2006, in the District of Arizona, ISMAR KABAKLIC, ADNAN ALISIC and BAKIR MUJKIC, did knowingly and intentionally, in any way and degree, obstruct, delay and affect commerce and the movement of any article in commerce by robbery of an armored car and funds in the control of armored car occupants, Christopher Michael Williams and Joshua Lane Oulette of the Bantek Armored Car Company.

In violation of Title 18, United States Code, Sections 1951 and 2.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 25, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona


/s/
SHARON K. SEXTON
Assistant U.S. Attorney