FILED ___ LODGED
RECEIVED ___ COPY

SEP 1 9 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 06-717-PHX-DGC |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 371, 1951 and 2 (Conspiracy) (Count 1) |
| 1. Ismar Kabaklic, 2. Adnan Alisic, 3. Bakir Mujkic, and 4. Daniel Mujkic, | |
| Defendants. | 18 U.S.C. §§ 1951 and 2 (Interference with Commerce by Threats, Violence and Robbery and Aid and Abet) (Count 2) |
| | 18 U.S.C. §§ 924(c) and 2 (Use of a Firearm in a Crime of Violence) (Count 3) |

THE GRAND JURY CHARGES:

### COUNT 1

1.) On or between January 1, 2006 and July 21, 2006, in the District of Arizona, ISMAR KABAKLIC, ADNAN ALISIC, BAKIR MUJKIC, DANIEL MUJKIC, and others, known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed to commit the following offenses against the United States of America:

    a. The violation of Title 18, United States Code, Section 1951 (Interference with Commerce by Threats, Violence and Robbery).

## Method and Means of the Conspiracy

2.) The method and means employed by the defendants and others known and unknown to the Grand Jury, to effect the objects of the conspiracy were as follows:

    a. On or between January 1, 2006 and July 21, 2006, defendants ISMAR KABAKLIC, ADNAN ALISIC, BAKIR MUJKIC AND DANIEL MUJKIC, and others known and unknown to the Grand Jury, planned to rob an armored car that was delivering funds to the Casino Arizona Talking Stick, 9700 East Indian Bend Road, Scottsdale, Arizona. Prior to the robbery, conspirators devised a plan to approach the armored car as it was off-loading money to the casino. The conspirators planned to use pepper spray on the armored car personnel, steal bags of money and then drive away.

    b. On or between January 1, 2006 and July 21, 2006, conspirators devised a getaway plan that included setting up ladders and an All Terrain Vehicle (ATV) in the sewer system tunnels. The conspirators planned to escape into the tunnels through a hole in the bottom of their getaway van. Prior to entering into the tunnels, the plan was to throw a smoke grenade, thereby causing difficulty for witnesses to see them moving into the tunnel. Once in the tunnel, the conspirators planned to use the ATV to get to another manhole. Once at the second manhole, they planned to escape into a vehicle, waiting over the second manhole.

    c. On or between January 1, 2006 and July 21, 2006, conspirators planned to create a diversion over the second manhole by pretending to put gasoline into the van, thereby providing a reason for a vehicle to be in the middle of the street. The conspirators then planned to drive to various staged getaway vehicles and return to a hotel, where the money would be distributed.

## Overt Acts

3.) In furtherance of the aforesaid conspiracy, and to effect the objects of the conspiracy, the defendants and others, known and unknown to the Grand Jury, performed and caused to be performed among others, the following over acts, on or between January 1, 2006 and July 21, 2006:

    a. On or about July, 2006, conspirators acquired or possessed firearms and ammunition to

1  be used in the robbery, to include One Hi Point brand 9 mm pistol; ammunition for the 9 mm
2  pistol, and plastic AK-47 assault Rifles.
3        b. On or about July, 2006, conspirators acquired or possessed diversionary tools to be used
4  during the robbery or escape, to include pepper spray, Bear Attack Deterrent spray and smoke
5  grenades.
6        c. On or about July, 2006, conspirators acquired or possessed items to protect themselves
7  from the pepper spray and/or to conceal their identity to include gas-masks, goggles, pairs of
8  coveralls, ski masks and disguises.
9        d. On or about July, 2006, conspirators acquired or possessed items to assist in their escape,
10 to include an ATV, ropes, ladders and inflatable dolls.
11       e. On or about July, 2006, conspirators acquired or possessed items to assist in
12 communicating with each other during the planning and execution of the robbery and escape to
13 include cell phones and two-way radios.
14       f. On or about July, 2006, conspirators acquired or possessed a green, Ford Van, license
15 plate 415-PPL, (green van) to be used in the robbery.
16       g. On or about July, 2006, conspirators acquired or possessed several vehicles to assist in
17 the escape after the robbery, to include: a 1992 white, Toyota mini-van (white mini-van) license
18 plate AZ813MLL; a blue Jaguar, License plate 897-VSC, registered to defendant ADNAN
19 ALISIC and Adnana Alisic; a 1999 tan Lexus, temporary tag PW36768, registered to defendant
20 DANIEL MUJKIC; and a silver 1998 Dodge pickup truck, temporary plate PW79859, (silver
21 truck), registered to defendant ADNAN ALISIC.
22       h. On or about July, 2006, conspirators entered a nearby sewer system and placed an ATV
23 in the sewer system that would be used for their escape after the robbery.
24       i. On or about July, 2006, conspirators placed a ladder and ropes in the sewer system to
25 allow access to the sewer tunnel.
26       j. On or between January 1, 2006 and July 21, 2006, defendant ADNAN ALISIC
27 manufactured false manhole covers, which were lighter and easier to remove.
28

k. On or about July, 2006, conspirators removed original manhole covers and replaced them with the false manhole covers.

l. On or between January 1, 2006 and July 21, 2006, conspirators altered two of the vehicles, the white van and the green van, by creating a hole in the back and the bottom of the van, to allow access in and out of the vehicle from the bottom of the vehicle.

m. On or about July, 2006, conspirators further studied the roads to be traveled during and after the robbery by obtaining maps, to include a map for 9700 East Indian Bend Road, Scottsdale, Arizona, as well as a "beat" map of the Scottsdale Police Department.

n. On or about July, 2006, defendants BAKIR MUJKIC and DANIEL MUJKIC performed a "practice run" to a gas station near the casino, where the white van was going to be positioned.

o. On or about July, 2006, defendants BAKIR MUJKIC and DANIEL MUJKIC performed and timed a "practice run" to determine how much time it would take for the white van to be moved from a nearby gas station to the second manhole.

p. On or about July 20, 2006, defendant BAKIR MUJKIC rented a room at the Scottsdale Plaza Hotel, to be used by the conspirators on July 20 and July 21, 2006.

q. On or about July 20, 2006, conspirators met at the hotel to discuss and further plan the robbery.

r. On or about July 21, 2006, the conspirators met at the hotel to discuss and further plan the robbery.

s. On or about July 21, 2006, defendants BAKIR MUJKIC and DANIEL MUJKIC parked the white van at the gas station near the casino.

t. On or about July 21, 2006, defendants BAKIR MUJKIC and DANIEL MUJKIC waited in the Lexus, which was parked across the street from the casino, and stood watch while the robbery was taking place.

u. On or about July 21, 2006, defendant ADNAN ALISIC placed a loaded 9mm handgun in the green van, behind the driver's seat.

v. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC approached the armored car in the green van.

w. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC hit the armored car with the green van.

x. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC, armed with what appeared to be an assault rifle, approached one of the armored car employees and sprayed him with pepper spray.

y. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC took bags of money from the area where the money had been off-loaded and put the money into the green van.

z. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC traveled to the location of the first manhole where they tried to open the manhole with a plastic assault rifle.

aa. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC engaged a smoke grenade and threw it into the street to avoid detection.

bb. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC sped away from the manhole when they could not get the false manhole cover off of the manhole.

cc. On July 21, 2006, defendants ISMAR KABAKLIC and ADNAN ALISIC called defendant BAKIR MUJKIC and told him that they were heading for the other vehicles.

dd. On July 21, 2006, after police pursued the green van, defendant ADNAN ALISIC ran from the scene on foot while defendant ISMAR KABAKLIC stopped to carry the bags of money away.

In violation of Title 18, United States Code, Sections 371, 1951 and 2.

## COUNT 2

4.) On or about July 21, 2006, in the District of Arizona, ISMAR KABAKLIC, ADNAN ALISIC, BAKIR MUJKIC and DANIEL MUJKIC, did knowingly and intentionally, in any way and degree, obstruct, delay and affect commerce and the movement of any article in commerce by robbery of an armored car and funds in the control of armored car occupants, Christopher

Michael Williams and Joshua Lane Oullette of the Bantek Armored Car Company.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT 3

5.) On or about July 21, 2006, in the District of Arizona, defendants ISMAR KABAKLIC, ADNAN ALISIC, BAKIR MUJKIC and DANIEL MUJKIC, did possess and carry a firearm during and in relation to a crime of violence, that is, Interference with Commerce by Threats, Violence and Robbery, as alleged in Count 2, a felony crime prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date: September 19, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona

s/

SHARON K. SEXTON
Assistant U.S. Attorney

6