UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                                      )<br>                         Plaintiff,    )<br>                                                      )<br>          v.                                       )<br>                                                      )<br>Ismar Kabaklic,                              )<br>                                                      )<br>                         Defendant.  )<br>_____) | CR 06-717-01-PHX-DGC<br><br>CONSENT OF DEFENDANT<br><br>ORDER OF REFERRAL |

## ORDER OF REFERRAL

Defendant, Ismar Kabaklic, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Michelle Hamilton-Burns, to administer the allocution pursuant to Rule 11, Fed.R.Crim.P., and to make findings as follows:

(A)    Whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charges(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charge(s); and a recommendation as follows:

(B)    Whether the plea of guilty should be accepted by the District Court.

Dated this 26th day of July, 2007.

_____
David G. Campbell
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge. I consent to the above referral:

_Ismar Kabaklic 8/30/07_
Defendant/Date

_YSI — 8-30-7_
Counsel for Defendant/Date

_Sexton 8/30/07_
Assistant U. S. Attorney/Date

N:\July07\CR06-00717-01 plea ref.wpd - 7/26/07